```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 24214
   JOSE M CRUZ
   ZULMA CRUZ                                 CHAPTER 13

                                              JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-3155    SSN XXX-XX-8173
```

---
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/17/05 and confirmed on 08/11/05.

   2.  The case was converted to Chapter 7 after confirmation, 07/16/2008.

   3.  The Debtor paid a total of $ 13021.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 10009.12 | .00 | 10009.12 |
| CAPITAL ONE BANK | UNSECURED | 984.02 | .00 | 53.49 |
| CAPITAL ONE BANK | UNSECURED | 1014.41 | .00 | 55.14 |
| CAPITAL ONE BANK | UNSECURED | 621.41 | .00 | 33.78 |
| CAPITAL ONE BANK | UNSECURED | 962.81 | .00 | 52.33 |
| CAPITAL ONE BANK | UNSECURED | 619.68 | .00 | 33.68 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| ELGIN COMMUNITY COLLEGE | UNSECURED | NOT FILED | .00 | .00 |
| ELGIN COMMUNITY COLLEGE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4216.66 | .00 | 229.20 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 13831.98 | .00 | 751.84 |
| LOYOLA UNIV MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 416.15 | .00 | 22.61 |
| PODIATRIC MANAGEMENT SYS | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 637.42 | .00 | 34.64 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

        Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 10009.12 | .00 | 23304.54 | .00 | 33313.66 |
| PRINCIPAL PAID | 10009.12 | .00 | 1266.71 | .00 | 11275.83 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 10009.12 | .00 | 1266.71 | .00 | 11275.83 |

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $   2200.00 and was paid $    1000.00  direct and $    1200.00  through the plan.

The Trustee received $    545.17 .

Refunds to the Debtor totaled $       .00 .

  Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


  Dated: 11/13/08                    /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE


                              PAGE   2
             CASE NO. 05 B 24214 JOSE M CRUZ & ZULMA CRUZ